# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

## 1:19-cv-02025-WMR-JCF
### Allsion v. CalCon Mutual Mortgage, LLC et al
### Honorable William M Ray, II

Minute Sheet for proceedings held In Open Court on 06/03/2019.

TIME COURT COMMENCED: 4:20 P.M.
TIME COURT CONCLUDED: 4:55 P.M.
TIME IN COURT: 00:35
OFFICE LOCATION: Atlanta
COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bret Chaness representing CalCon Mutual Mortgage, LLC<br>Andrew Stevens representing Lemarcus Allison<br>Talis Trevino representing PennyMac Loan Services, LLC |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [9]Motion for TRO DENIED<br>[9]Motion for Preliminary Injunction DENIED<br>[9]Motion for Permanent Injunction DENIED |
| MINUTE TEXT: | Parties argued the pending motion. The Court DENIES Plaintiff's motion. |
| HEARING STATUS: | Hearing Concluded |