# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LEMARCUS ALLISON, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| v. | : NO.: 1:19-CV-2025-WMR-JCF |
| | : |
| CALCON MUTUAL MORTGAGE, INC., | : |
| | : |
| Defendant. | : |

## ORDER

Attorney Andrew M. Stevens filed a Motion to Withdraw as counsel for Plaintiff pursuant to LR 83.1E, NDGa. (Doc. 24). Plaintiff has not filed a response to the motion. It is hereby **ORDERED** that Attorney Andrew M. Stevens Motion to Withdraw is **GRANTED** and counsel is permitted to withdraw as counsel for Plaintiff. Plaintiff is **ORDERED** to retain new counsel to represent him or notify the Court of his intention to proceed *pro se* as required by LR 83.1(E)(4) **within 21 days from the date of entry of this Order**. The Clerk is **DIRECTED** to serve a copy of this Order upon Plaintiff Lemarcus Allison at 250 Montrose Drive, McDonough, Georgia 30253.

**SO ORDERED** this 13th day of August, 2019.

/s/ J. Clay Fuller
J. Clay Fuller
United States Magistrate Judge