IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEMARCUS ALLISON, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| v. | : NO.: 1:19-CV-2025-WMR-JCF |
| | : |
| CALCON MUTUAL MORTGAGE, LLC, | : |
| | : |
| Defendant. | : |

## ORDER

By Order entered on August 13, 2019 (Doc. 25), the Court allowed Attorney Andrew M. Stevens to withdraw as counsel for Plaintiff and directed Plaintiff to retain new counsel to represent him or notify the Court of his intention to proceed *pro se* within 21 days. (*Id*.). Plaintiff has not responded to the Court's Order. Plaintiff is **DIRECTED** to show cause **NO LATER THAN 14 DAYS OF THE DATE OF ENTRY OF THIS ORDER** why this action should not be dismissed for his failure to comply with the Court's August 13, 2019 Order. *See* FED. R. CIV. P. 41(b); LR 41.3(A)(2), NDGa. Plaintiff is cautioned that if he does not comply with this Order, the undersigned may recommend that his Complaint be dismissed.

**IT IS SO ORDERED** this 12th day of September, 2019.

/s/ J. Clay Fuller
J. Clay Fuller
United States Magistrate Judge

1